UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Rob's Pro Photos, LLC,              :
                                    :    25 Civ. 6475 (LAP)
             Plaintiff,             :
                                    :
     -against-                      :    ORDER OF CONFERENCE
                                    :
21st Century Media Newspaper LLC,   :
                                    :
             Defendants.            :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 30, 2025 at 10:30 a.m. for an Initial Pretrial conference in the above action.

SO ORDERED

Dated: September 10, 2025

_____
LORETTA A. PRESKA, Senior U.S.D.J.