**Perkowski LEGAL**

515 S. Flower Street, Suite 1800
Los Angeles, CA 90071

**PETER E. PERKOWSKI**
o: 213.340.5796
peter@perkowskilegal.com

September 22, 2025

**By ECF**

Hon. Loretta A. Preska
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:   *Rob's Pro Photos, LLC v. 21st Century Media Newspaper LLC*,
      No. 1:25-cv-06475-LAP

Your Honor:

This firm represents 21st Century Media Newspaper LLC in the above-referenced matter. In accordance with Rules 1.A and 1.E of the Court's Individual Rules, 21st Century respectfully moves to adjourn the September 30, 2025, Initial Pretrial Conference or, in the alternative, to allow counsel to appear remotely by telephone or other means.

1. **Original date.** Per this Court's September 10, 2025, Order (ECF 25), the IPC is set for September 30, 2025, at 10:30 a.m.
2. **Reasons for adjournment.** Undersigned counsel for defendant has a conflict on September 30, 2025, in the nature of a critical medical appointment that has been calendared for months; moving the appointment will result in a delay of several more months due to the doctor's busy schedule. The parties suggest a new date of **October 7, 2025**, for the IPC, or another date at the Court's convenience.
3. In the alternative, undersigned counsel requests leave to appear at the IPC remotely by telephone or other means.
4. **Previous requests.** The parties have not previously requested that the IPC be adjourned.
5. **Consent.** Plaintiff consents to the adjournment of the IPC and does not object to defendant's counsel appearing remotely.

Because a scheduling order has not yet issued, this request will not affect any other deadlines in the case.

Very respectfully,

/s/ Peter Perkowski

Peter E. Perkowski
Counsel for Plaintiff

```
The conference scheduled for September 30, 2025 is
adjourned to October 7, 2025 at 11:30 a.m.  The Clerk
of the Court shall close docket number 26.

SO ORDERED.

Dated: September 23, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.