UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

Rob's Pro Photos, LLC,

                    Plaintiff(s),

      -against-

21st Century Media
Newspaper LLC,    Defendant(s).

-----------------------------------x

25 CV 6475 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter
no later than _March 30, 2026_ of the status of the
action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/26

New York, New York